First case on this morning's docket is Price et al. v. Philip Morris Incorporated And we have Mr. Tillery here for the appellant And we have Michelle Odorizzi Thank you And you may begin, Mr. Tillery Hello, Mr. Hepler, and I'm sorry, I don't know that I have Mr. Gibbons, Mr. Gibbons from Quarantillery at the table here Hello, Mr. Gibbons May it please the Court, Counsel In considering the issues in this appeal, I think it's necessary to look very closely at the Language of the three or four orders that we'll be talking about this morning And while I know you'll look at all of them when you're in review, the language of these is very important For resolving these issues When Justice Garment finished her opinion in the Price case, December 15, 2005 The conclusion of that opinion in Price, these words are found We reversed the judgment of the Circuit Court and remanded with instructions to dismiss pursuant to Section 10b-1 of the Consumer Fraud Act Now, the mandate of the Illinois Supreme Court was held up because of a petition for rehearing And then ultimately by petitions for written certiorari to the United States Supreme Court Mandate did not come down until the following year, December 2006 And at that time, Fuller Morris filed its motion to dismiss the case And for entry of final judgment upon the exact language I just read from the Price opinion The proposed order it filed with the Court was signed on that date by Judge Byron And it was entitled Final Judgment And that order, the motion that they filed was on December 18 Their motion was entitled Defendant Philip Morris, USAID's Motion to Dismiss the Case for Entry of Final Judgment Citing the mandate and attaching the mandate, it then prepared and sent along final judgment order The final judgment order reads as follows, signed on December 18, 2006 The Illinois Supreme Court having reversed the judgment in this case And remanded the case with instructions to dismiss the case pursuant to Section 10b-1 of the Consumer Fraud Act It is hereby ordered that the case is dismissed with prejudice, with each party bearing its own costs And final judgment is entered for Defendant Philip Morris, USAID, signed on that date Now, I'm not going to talk in great detail about the history and the procedures that followed Because you've seen that in the briefing, what happened The good case was decided by the United States Supreme Court We cite, and I will later in this discussion talk about What it is that the good case and the Federal Trade Commission and the Solicitor General of the United States Said factually about these claims that is inconsistent and presents a new fact with respect to the Illinois Supreme Court opinion and price But the fact is, is that that case came down, good, three days before the two-year anniversary date of Judge Byron's final order On that date, December 18, 2008, two years to the day later, three days or so after the good decision We filed a petition pursuant to 2-1401 Seeking to add these additional facts that came through the opinion of the U.S. Supreme Court And from the Federal Trade Commission's statement of fact In their brief filed with the U.S. Supreme Court through the Solicitor General's office Directly on point and dealing directly with the testimony of a particular witness Offered by Philip Morris in the Price case, named John Pugh Now, when this case came up for hearing, just about a year ago The trial judge, at the request of Philip Morris, dismissed it A motion to dismiss was filed It was dismissed because it was untimely And the reason they, the judge, found it to be untimely And his order reads as follows Pause comes on for hearing on defendant's motion to dismiss plaintiff's petition for relief from judgment After reviewing the brief and argument of counsel And the court being fully advised of the crisis The court hereby grants defendant's motion Because plaintiff's petition was not filed Within two years of the Illinois Supreme Court's judgment Of December 15, 2005 So in other words, we were a year late As according to the trial judge Even though the plain language of our petition Directs the relief to the order, the final order At the instruction of the Supreme Court The Illinois Supreme Court did not just say reverse It said reverse And remand with instructions To enter an order of dismissal Pursuant to a particular section of the consumer file That particular section meant, effectively, that This case was dismissed Consistent with the language of the price decision Because the Federal Trade Commission Have authorized the use of the term plight and lower charge That was the premise That was the underpinning of that decision That the whole thing was specifically authorized Based almost exclusively, not exclusively But primarily on the testimony of John Peterman Now, we know that, of course To be factually incorrect now And we know that the facts were there Before the price trial And we know that those facts I submit to this court Had they been known to the Supreme Court Would have certainly done Well, we can presume What they did for the Federal Trade Commission And the U.S. Supreme Court Which is to say, no The Federal Trade Commission Never, ever authorized these things That the Supreme Court of Illinois said Require dismissal pursuant to Section 10B.1 By redirecting our petition To the Illinois Supreme Court opinion The court rewrote our petition That was not the court's prerogative, we submit And it followed the request and guidance Of Philip Morris, we think, inappropriately Because the court was not empowered To simply rewrite our petition And then say, by the way The one that you're challenging, I think Is another one, and by the way, it's too late The court would have to, we submit To follow procedure Rule with respect to the order that we say Is the final order in the case Now, that's not to say That necessarily the court would have ruled The way we expect that it should rule With that order But it's not the court's prerogative To rewrite our petition And that is the first matter That I believe, from just From the technical standpoint Of looking at our petition And looking at what the court did The court was not empowered to do it It could not rewrite our petition for relief Philip Morris says, and I think the plaintiffs agree That there can be more than one Final order in the case Which is to say, a final and appealable order For example, the March 21, 2003 order Of the circuit court in the case Was certainly a final order, it was appealable But so was the December 18 order of Judge Barber If you look at the case that we cite in our papers Called People vs. National Builders Bank in Chicago The court noted there, I'm quoting Where an order of decree is reversed And the cause is remanded for the court With specific instructions as to the action To be taken by the trial court The only question properly presented on appeal Is whether the order or decree Is in accordance with the mandate And direction of the court Such order or decree is, in fact The judgment of this court Promulgated through the trial court And it is final and conclusive Upon all the parties In other words, if you were to take a look at What the trial court, Judge Barber At the request of and actually drafted by Philip Morris entered on December 18 What was it other than a dismissal of prejudice Pursuant to 10b-1 At the direction of the Illinois Supreme Court It effectively promulgated the price opinion Through that final dismissal order It is that order that we believe Put into motion and finalized All issues and put the case out of court Once and for all finally As to those issues at that stage in time That was a final order When the court, the trial court Followed the guidance of Philip Morris in this case It impermissibly altered plaintiff's petition To one directed at a different Order of the court That is the price opinion Now I looked at what a final order Was really being called under Illinois law In researching this And what is or isn't a final order Because I think that's instructive This court considers these issues Looks at this, I think that's important The court in Physicians Insurance Exchange Versus Jenning had this to say about Final orders Final orders are those that Resolve separate and distinct parts Of the controversy Include the litigation on the merits Or dispose of the party's rights In relation to the controversies It's not at all necessary that the judgment Should be upon the merits If it definitely puts the case out of court It is the termination of the particular action Which marks the finality of the judgment There is no question that the December 18, 2006 Final judgment disposes of the party's rights It puts the case out of court And was the termination of the particular action Philip Morris has never explained Why it sought to have this entered If it was in a sense An administrative melody What was the purpose of a mandate and remand To the trial court By the Supreme Court And what was the purpose of directing To dismiss the court Pursuant to 10B1 of the Consumer Fraud Act Why call it a final judgment Under the arguments advanced by Philip Morris And accepted by the trial court The December 18, 2006 order in the trial court Has literally no legal consequence For any of the discussions It is an administrative melody Now, another major point that I want to talk about Is the standard And this is a big, big issue That I think goes to the heart of this dispute Philip Morris takes the position That the challenge must be to the order Which in effect Incorporates the facts that you seek to challenge In other words, that you're It's like a post-trial There are arguments Somewhat like a post-trial motion, all right Setting aside something to find That's not the purpose of 1401 1401 doesn't necessarily, for example Correct any error in anything The cases we've cited involve Courts that made otherwise Completely correct decisions But that the trial One of the cases involved an attorney It was an alcoholic And that became known after the fact And in fairness, the court set aside a judgment Because of its impact These sorts of things Don't necessarily translate into A case or an order being wrong It is a procedure to allow The facts which were in existence To be completed in a record And what they keep saying And it was adequately frightening To the trial court for them to say You can't overturn the Supreme Court You can't reverse the Illinois Supreme Court It's not your authority Beautiful catch 22 Okay, beautiful Because if it's only the Illinois Supreme Court Who can ever rule according to them And a 2-1401 can only be followed In the trial court Then 2-1401 doesn't apply to them And that cannot be the law So the standard is nothing to do With the challenge making to a specific order So much as it is To a case that is subject to a final order Where you seek to bring in Particular facts Which if known Would alter the scenario And that's what's involved Because they're convincing the trial court That in fact you can't do anything What's wrong with Judge Byron's December 18, 2006 order? Look at it There's nothing factually in there that's wrong That is not the correct legal standard Under 2-1401 You're not looking at an order to fix it Because it made an error You're looking to add facts That doesn't mean that the judgment of the court is changed It doesn't mean that this thing reverses anything It means that in fairness We complete the factual record And that is a big, big item Very significant item Because if you know from this record And this case bypassed this court On the way up So this court did not have Does not have the knowledge about that specific case Other than reading that Supreme Court opinion And the findings But at the trial of this case Philip Morris introduced the testimony of an economist Who had worked with the Federal Trade Commission And he got on the witness stand I cross-examined him And he got on the witness stand And said a lot of things About the Federal Trade Commission's conduct With respect to the regulation Of the tobacco industry Generally, and Philip Morris specifically And he talked, for example That the Federal Trade Commission Permitted the use of light and low-target strippers Big item in the opinion of the Supreme Court As a matter of fact And as you hear this discussed In the brief of Philip Morris They said, these are legal issues No, they're not Whether or not they permitted The use of the terms Doesn't matter whether you're An administrative proceeding An Illinois state proceeding A federal proceeding It is a matter of fact Did they permit it? Or not? That opinion went on for pages Citing his testimony Well, what do we know From the U.S. Supreme Court? Very briefly The U.S. Supreme Court says The FTC has not condoned Representations of those yields Through the use of light Or low-target strippers FTC brief says Nor has the commission Affirmatively authorized The use of descriptors Such as light and low-target strippers The commission never gave Endorsement to such descriptors We cite all this stuff in the opinion Absolutely How do you go How do those findings That the U.S. Supreme Court made Affect the facts in this case? It would turn around They would directly contradict The factual conclusions Based of this case Are those findings By the U.S. Supreme Court Now binding in your opinion? Yes On whatever happens in this case? Yes, absolutely I believe they are I believe that this court Certainly must follow The directions of the Illinois Supreme Court But there is a higher court And it has spoken on this topic Directly on point I mean it's not What's in the record To establish that those facts The FTC statements Existed at the time of price? That's because Because they talk about In the case The specific dates and times When this occurred This was all 1970s and early 80s All of the time period During the class period of price But preceding the price trial All of these are facts Which Philip Morris would not dispute That the conduct Giving rise to the Cambridge test method To the 1971 consent orders All of those predated it Those were facts in existence Which were not available To the plaintiffs As part of this record So there's no factual difference Between the good case and your case With respect to what you contend That is the crux of the decision There is not, your honor It is exactly the same case The point is Is that the claim there being made Is that in the good case Is that the words, the terms Light, low tar, all of those terms Were fraudulent under a state Consumer fraud statute there In that state On exactly the same basis As the claims being made in this case The U.S. Supreme Court On all fours Answered those questions But it's important to know What the Federal Trade Commission said as well And the Federal Trade Commission Came down and refiled with the court And directly answered These factual statements Now keep in mind That while this case was on review I asked the Illinois Supreme Court To withhold the final entry of its order And ask these exact same questions To the Federal Trade Commission We tried to do that I sought relief to do it While this was pending And it was that order That was rejected by a 4-2 decision The same 4-2 decision In the Price opinion So we sought to try to do it at the time And the reason we did, of course Is because there had been some indication From another brief At that time we first learned about In another case It wasn't addressing on all fours It wasn't until the good case came out That the exact issues were addressed So the Watson case That Watson was the one That provoked the first filing That's correct, Your Honor In order to find your 214-01 timely We have to agree with you That the final judgment Is the last order entered Not the Supreme Court judgment I think that's right If we don't agree with that Your 214-01 is not timely That's correct And I think that I believe that's correct If the final judgment For these purposes is one That's three years away We're not within two years But I believe that it elevates Certainly elevates Form over substance To say that that final order Which dismissed the case On all issues Pursuant to instruction Of the Illinois Supreme Court Directly on point Saying You take our order And dismiss this case with prejudice Pursuant to Section 10b-1 What is that? That's the promulgation Of the Illinois Supreme Court Can there be more than one order Pursuant to 214-01? I'm sure there probably could But that begs the question But 214-01 says that Final judgment order Well, it is not a continuation Thereof The petition must be filed In the same proceeding In which the order of judgment Was entered But is not a continuation I think the point you just made Is the key point For distinguishing our position With respect to the standard It's not a continuation It's not a post-trial judgment You're not seeking to overturn A specific order Saying it was wrong 214-01, the standard Says it's not a continuation Namely That this is a proceeding In and of itself In fairness To complete a factual record That point you made I think is absolutely integral To this decision Thank you very much Mr. Tiller You'll have the opportunity To rebut Thank you Good morning May it please the Court Michelle Roderizzi For Philip Morris USA Mr. Tillery started by saying You should look at the documents And I agree with him And one of the documents That I think is very important To look at Is the mandate Of the Supreme Court Which says That on the 15th day of December 2005 The Supreme Court Entered the following judgment And then it recites The judgment that was entered And the judgment That was entered Directs the trial court To dismiss the case Right So what was the purpose of that If the final judgment Was the Supreme Court's mandate Well The Supreme Court Here The judgment is a judgment And we've cited In our brief cases That say That an appellate court judgment Is final and effective On the date It is entered That's a judgment Subject to 1401 We believe We don't deny That Judge Byron Later when he entered judgment Implementing the Supreme Court's mandate That's a judgment too But that's not the final judgment? No Because The way that 1401 works Is not that it allows you To seek relief from One final judgment At the end of the case What the Supreme Court has said Is it allows you to seek relief From And the two year period Is counted from the judgment That's being challenged But it does speak in terms of a final judgment It says a final order or judgment That you can seek relief from A final order or judgment Within two years Of the order or judgment And in the Gosier case The question was Where do you count from? Do you count from The trial court judgment If you lost in the trial court? You count from The trial court judgment And it doesn't matter The court said That you have post judgment proceedings That you have an appeal going on If you were the loser At the trial court You have two years From the trial court judgment And so if Philip Morris Had tried To say that there was Newly discovered evidence That it wanted to put in In this case It would have been required To file the 1401 petition By March of 2005 Because that was two years From the initial final judgment And in this case So you don't agree With the trial court's finding In this case The trial court found That this had to be Filed within two years Of the Supreme Court's mandate Right, right Because here Because Philip Morris By the same token The same rule applies To the plaintiffs Here The judgment That they're challenging Is the Illinois Supreme Court's judgment So they had two years From that judgment From the date that judgment Became final and effective Which is December 5, 2005 In which to file their 1401 petition So you're saying That the two parties In this case Had different Yes Tracks That they had to follow Under 2-1401 Since you lost in the trial court You had to file within two years Of that judgment Right If we had wanted to say Well, that judgment Should be changed Because we want to put in Newly discovered evidence And as Mr. Tillery said You know, the standard Under 1401 We agree Is The question is If the court That entered the judgment Had been aware Of this information That you put in your petition That's the basis For your petition Would it have come out different? That's the standard That we apply Under 1401 And here What Mr. Tillery is arguing Is not that If Judge Byron had known It would have come out differently When he entered his judgment In 2006 His claim Is that the Illinois Supreme Court Would have come out different Because if Hood v. Altred Had been decided In 2006 Right before Judge Byron decided Entered his judgment Implementing the Illinois Supreme Court's mandate There would have been Nothing he could have done Would it have come out differently? No, it wouldn't have come out differently Because he was bound by the mandate In fact, we know that Because of Plaintiffs filing Section 2-1203 Motion Against the judgment Based on the Watson case We sought a supervisory order And the Supreme Court said You have to deny that There was nothing That Judge Byron could have done By contrast If it had happened Before the Illinois Supreme Court Had decided Then they could have looked at that Something different could have been done So what they're challenging In this case Is the Illinois Supreme Court's judgment Are you admitting that the Good Case Established new facts? No No, absolutely not For one thing It's odd To say that A U.S. Supreme Court decision Established new facts Since the U.S. Supreme Court Is not a path finding body So it doesn't establish Any new facts But if it all Revolves around the testimony Of this one individual And I don't know that to be the case How could that be different Regardless of who the plaintiffs are? Well, because, Your Honor There's no new There's no new facts Of the kind that the courts have said You can use to reopen a judgment The paradigm of a newly discovered fact Is a piece of evidence A piece of testimony That the party who lost Didn't know about And was Therefore unable to bring To the court's attention And could not have discovered with due diligence But it seems that Mr. Tillery Has attempted to argue that But here what we have Is a subsequent court decision And we argued In our brief And I don't think the plaintiffs have argued against it That subsequent developments In the law, subsequent cases Can't provide the basis For reopening judgments That have become final And no longer subject to appeal We don't keep changing judgments Just because there are new Developments in the law Whether somebody says Gee, this would have been persuasive But is it different You talk about, I guess, legal concepts Versus factual A factual basis I mean, it doesn't appear to me That that would be necessarily A change in the law If it does revolve around A fact that was a fact At the same time that Their case Arose All the facts that were the basis Of their case But here, we're really not talking about facts We're not talking about Historical facts Okay, wait just a minute The Illinois Supreme Court specifically found In its price decision That the Federal Trade Commission Had authorized The use of the terms light And so forth In good, the U.S. Supreme Court specifically found That they had not done that Do you dispute that? Those are factual Determinations, aren't they? No, I don't think so What we're talking about here is not What we're talking about is characterization Of the underlying facts We're talking about the characterization Of the historical record The Illinois Supreme Court wrote an opinion In which Justice Garment spent 20 pages going through the facts Of here's what the FTC said Here's what it did On particular days over the course of decades And after looking at that She said that Implicitly authorized Under the Illinois standard Under the Consumer Fraud Act That implicitly authorized The use of descriptors But if you have A voice of the FTC Saying at a later time No, that was not the case These are the facts Isn't that a new fact? Well, it is Certainly a new characterization Of the old facts But there's no new evidentiary facts There's no new historical facts There's no testimony By another witness There's just the agency Saying, you know, when we look back On what we did, our characterization Is that wasn't given Permission. Is that an admission That was not available at the time of the Christ Trial? Well, the FTC Hadn't said it, but then we run into Another rule that's used In Section 1401 Petitions, which is that you can't Rely on subsequent events As a basis for reopening the judgment We haven't got there, though, yet We're still on whether it was filed timely Right Which is really what we're here about Right, but To answer Your Honor's question The problem with relying on Subsequent events, whether it's the FTC's 2008 Decision of its Historical policy on Tar 19 disclosures Or whether it's the fact That the FTC said in a brief You know, we look back on that conduct And we don't think we were permitting anything Either one That's not the kind of evidentiary Fact. It's an After-the-fact subsequent statement That can't be the basis For reopening. We cite it in our Brief People v. Haynes Where you had A convicted murderer Who'd been sentenced to death And then afterwards you have After the sentencing He has a new psychiatric evaluation And the court said That can't be the basis For reopening under 1401 Because it's a subsequent event But they're Re-evaluating something here It appears to me, at least the plaintiff Is arguing that that was their position All along, the FTC's position All along, that they did not authorize Or condone Well, there was no statement Before During a period of time And in fact, during The class period And in fact, plaintiffs Never made the argument to the Illinois Supreme Court That it ought to ask The FTC What it thought And until the petition for re-hearing Until they'd lost And even Justice Freeman, who dissented From the denial of the petition for re-hearing Said, you waived that issue He thought that the court Should have nevertheless gone ahead And vacated its judgment And asked the FTC what it thought But the Supreme Court Denied the petition for re-hearing It's not as if the Supreme Court Hasn't had this issue before It denied that petition for re-hearing They went up to the U.S. Supreme Court On the theory that it was a federal issue What the FTC thought Cert was denied on that ground Then they sought to reopen Under 1203 Within a month of Judge Byron's entry of the judgment On the ground that they had more evidence Of what the FTC thought And the Illinois Supreme Court issued a supervisory opinion That's very strong evidence That this is not a basis For reopening this judgment But to return And what specifically was said In that supervisory order? All it said was he was directed To deny the motion I mean, it didn't say That wasn't the final judgment It did not provide this opinion Anything that really tells us anything We don't know why Okay But one way or the other, Your Honor Either it says this isn't the basis for reopening Or if it was on the basis That under 1203 That there is nothing You can do at this point Under 1203 to reopen the judgment If that's true Then I go back to my timeliness argument That Judge Byron In December Of 2006 Could not have done anything He could not Had he known everything That's in the petition He could not have done anything Other than enter judgment For Phillip Morris Let's talk about that timeliness Issue That's critical for me Your petition said Motion to dismiss the case And for entry of final judgment Right So wasn't the final judgment when It is the final judgment We don't deny, Your Honor We don't deny that that's the final judgment But as Mr. Tillery said In Illinois In cases, there are many final judgments And in fact, the Gosier case The Sidwell case What they say is You can have a final judgment from a trial court And if that's the judgment you're challenging Then you have to file within two years Of that judgment And the same rule should apply When you have the judgment Against you is an appellate court judgment You have two years To file And in the sort of mirror image Situation When you're dealing with a trial court What the courts have said is your time is not told By the fact that you appeal And similarly in this case Their time should not be told By the fact that they filed a petition for cert Or by sort of the happenstance That the mandate was stayed What case says that the stay of mandate Does not render the judgment final? Because the Supreme Court entered a judgment And then stayed the mandate So what case says The stay of mandate renders The ESL realty case Which we cite in our brief Says that a judgment of an appellate court Is final and effective On the date it's entered Even if you have a petition for rehearing Even if you have subsequent Proceedings It's deprived of finality Only if the petition for rehearing And the petition for cert is granted So In a case like this You go back to When was the judgment that was challenged And the plaintiffs say That they get to pick But we don't have When we're applying This is essentially a statute of limitations And when you apply a statute of limitations You don't get to pick When the cause of action approves The court has to look to the substance Of what you're challenging And then decide What is the judgment that you're seeking to challenge And if it's within two years Then you can proceed If not, the court has no power to proceed Really the Supreme Court kind of muddied the waters Here with their mandate Correct because If there was nothing really left to do They could have just said Reverse judgment entered for defendant But they didn't do that They remanded with directions to dismiss the case And You kind of want to believe Or I kind of want to believe There was a reason for why they did that That it wasn't just Well I think typically That is the way it's done That you return it to the trial court For the sort of Last act in the play I'm not sure there is any typical Way it's done I think it's done a lot of different ways And certainly there are cases at the end It's just judgment's entered for Whoever and the mandate goes back And says judgment was entered But having When you have to enter that order Everybody agrees That it's really An administrative act And that judgment is Revested in the trial court But only for the single purpose You evidently felt I don't mean you Felt it was important To get that judgment entered You filed a motion for it You asked for it You set it for hearing You went in front of the judge And said the Supreme Court said You're to do this Now do it Absolutely Because you're putting the Coda, the final word To the thing So why was it important That that be done It's an administrative Closing out the case Type of notion Closing out the case And on that date For what reason What does that date mean When that's entered That is the date When the case is finally Finally over But for purposes of 1401 It's not the key date Because 1401 could have Been written to say That we'll give you two years After Everything is over Right after that Absolute final judgment in the trial court That's when we're Going to give you two years But that's not how it's written It says relief From a final order or judgment On the date of The final order or judgment from which you're seeking relief And the Supreme Court has said That means The judgment you're challenging And as I say, when we go back Into different contexts Where you have someone who lost In the trial court The Supreme Court has said We count from the date You lost in the trial court From that judgment Because that is the judgment you're seeking to overturn And in this case They're seeking to overturn The Supreme Court judgment I also want to respond To Mr. Tillery's argument That we're creating a catch-22 In terms of Not being able to vacate The Supreme Court judgment Again, I want to be clear We're not saying that We recognize that the only place you can file a 1401 petition Is in the circuit court We agree We also agree that If you file in a timely manner And you have an appropriate petition That a circuit court can look And say that there is factual matter That had it been in the appellate court record An appellate court would have come out differently That's the close case That's exactly what happened So we're not saying that you're in a catch-22 That there's no way you could do this The problem here Is not that they're attacking the Supreme Court judgment Through 1401 It's that they're doing it more than two years After the judgment had changed I also want to Answer Mr. Tillery's I'm sorry Not to belabor this too much But I heard you say a minute ago 2-1401 says that you File it for relief from the final judgment From which you want relief But it really doesn't say that It just says And I'm quoting Relief from final orders and judgments after 30 days From the entry thereof may be had upon petition As provided in this section There's no place in there that says In the statute That says you're asking for relief From a judgment That's adverse to you Or anything like that Right It does say that It shall be brought within two years of the date of the judgment Or the order or judgment Which one assumes refers back But we do have people in the Supreme Court Saying what that means Is it's two years From the judgment being challenged Thank you Mr. O'Donoghue Thank you Thank you Mr. Tillery Could you Distinguish PSL Realty On that point PSL Realty First of all the factual pattern in that case Is Such that It's a fascinating case But it did not deal with these circumstances At all It dealt with, really, terms of calculation of time Between the mandate And the issuance Of the order It was not a motion to vacate At all And when the Illinois Supreme Court Decided that case The only thing that was pertinent to its decision Was dealing with whether the effective date For purposes of that motion In other words Some other proceedings that were going on Between the state and federal courts In that case was relevant to that In other words Was the finality impacted Of the appellate court decision By the delay in the issuance of the mandate It was not The facts at all dealing With what we're dealing with here And if you follow it to its logical extreme For what Morris is asking you to do Is to say that The final order here That was entered at their request That says final judgment order That incorporates The holdings of the Illinois Supreme Court It means nothing And that from now on Under this rule You will look through the proceedings And each party will be bound to go through An evidentiary ruling or whatever judgment order That could be deemed final For purposes of a party In litigation To file a 2-1401 I do not believe They can find guidance Or the court can from reading 2-1401 Or the opinions The only thing they have at all To hang their hat on for any basis for this argument Is that extrapolated language From a Factual record that has no correlation To this in PSL realty Absolutely none Now here To say that Judge Byron couldn't have done something Or to open this or that he wouldn't Is I think A misconception If the U.S. Supreme Court Rules the courts are duty bound To follow that instruction In our estimation When they make these decisions And they rule in this way They're binding on these courts And this happened in this particular case  That this already happened in Watson Is wrong That did not happen during the petition for re-hearing I absolutely Reject that and I'll tell you why Because the issue The factual underpinnings were There was an invited brief Through the solicitor general's office At that time But that was a federal office or jurisdiction issue Before the U.S. Supreme Court And they had touched upon part of it But not all of it that they did in good In good we're dealing with the same Exact case And that's when they went to the FTC And said look did you or didn't you Authorize it Philip Morris says you did That eliminates the case Did you do it And they came back and answered all of these questions And said no not at all We did not During that period of time So to suggest that we had that At that moment or that that's been passed on To the Supreme Court of Illinois Is wrong If we accept that the final judgment Is the last order entered by Judge Byron And evidence Or discovery goes forward What does that do To the Supreme Court decision It seems like it makes a nullity It doesn't it won't do it Not all the decisions not all the issues Were resolved They said throughout the opinion That there were other things they had to do In this case but from a policy standpoint It's important to correct this record That doesn't reverse the case And my suggestion it is a complex procedural issue There's no question But it's something that the Illinois Supreme Court has to pass on In the context of this particular Factual pattern It must do it There's lots of social other reasons to do it This court could take judicial notice of the fact That there are other similar cases That have not been ruled on that are pending That would That are waiting for guidance Directly on this issue That are sitting there waiting Because they haven't been decided So it's important this isn't just An issue with respect to price It's an issue of great magnitude For individual smoker deaths Who filed cases under the Consumer Fraud Act Whose cases are pending It's the same thing Thank you Judge Thank you Thank you all for your briefs And your arguments And we'll take the matter under advisement Thank you